CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 25 2013

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| **BRUCE DWAYNE BARNES,** ) | CASE NO. 7:13CV00029 |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | FINAL ORDER |
| ) | |
| **DIRECTOR, VIRGINIA** ) | |
| **DEPARTMENT OF CORRECTIONS,** ) | By: Glen E. Conrad |
| ) | Chief United States District Judge |
| Respondent. ) | |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254, is **DISMISSED** without prejudice as successive, all pending motions are **DISMISSED** as moot, and this action is stricken from the active docket of the court.

Further, finding that petitioner has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c)(1), a certificate of appealability is **DENIED**.

ENTER: This 25th day of January, 2013.

/s/ Glen E. Conrad
Chief United States District Judge