CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 25 2013

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| BRUCE DWAYNE BARNES, | ) CASE NO. 7:13CV00029 |
| Petitioner, | ) |
| v. | ) FINAL ORDER |
| DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS, | ) By: Glen E. Conrad<br>) Chief United States District Judge |
| Respondent. | ) |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254, is **DISMISSED** without prejudice as successive, all pending motions are **DISMISSED** as moot, and this action is stricken from the active docket of the court.

Further, finding that petitioner has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c)(1), a certificate of appealability is **DENIED**.

ENTER: This 25th day of January, 2013.

/s/ Glen E. Conrad
Chief United States District Judge